**RECEIVED**
IN LAKE CHARLES, LA.

**NOV 15 2011**

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| DAVID ALLEN LINDEMAN | CIVIL ACTION NO. 2:11-cv-712 |
| VS. | SECTION P |
| | JUDGE MINALDI |
| EUGENE A. BOUQUET | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 14 day of November, 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE