RECEIVED
IN LAKE CHARLES, LA.

NOV 15 2011

TONY R. MOORE, CLERK
BY _____
              DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

DAVID ALLEN LINDEMAN

VS.

EUGENE A. BOUQUET

CIVIL ACTION NO. 2:11-cv-712

SECTION P

JUDGE MINALDI
MAGISTRATE JUDGE KAY

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the

14 day of November , 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE